IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRYAN E. WHITE**                                                              **PLAINTIFF**

**V.**                         **CASE NO. 3:11CV00170 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social

Security Administration, and against Plaintiff Bryan E. White.

DATED this 3rd day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE